**IN THE UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CV-717**

| | |
|---|---|
| STEVEN RAY CANIPE, as Administrator the Estate of Steven Ray Canipe, Jr. <br><br> Plaintiff, <br><br> v. <br><br> GASTON COUNTY BOARD OF EDUCATION, d/b/a Gaston County Schools, W. JEFFREY BOOKER, in his individual and official capacities,  MARK HOLLAR, in his individual and official capacities,  PAUL WILLIAMS, in his individual and official  capacities, AMY J. HOLBROOK, in her individual and official capacities, ADAIR MCCAY, in her individual and official capacities, JILL FARMER, in her individual and official capacities, CITY OF GASTONIA, a North Carolina Municipal Corporation, TOWN OF CRAMERTON, a North Carolina Municipal Corporation, and GASTON COUNTY, a North Carolina Municipal Corporation, JOHN DOE, in his individual and official capacities, and JANE DOE, in her individual and official capacities, <br><br> Defendants. | **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT CITY OF GASTONIA WITHOUT PREJUDICE** |

NOW COMES Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses the Complaint against Defendant City of Gastonia **without** prejudice.

This is the 3rd day of November 2016.

> /s/ Thomas D. Bumgardner_____
> Thomas D. Bumgardner
> *Attorney for Plaintiff*
> N.C. Bar 38064
> Law Office of Thomas D. Bumgardner, PLLC
> 13850 Ballantyne Corporate Place, Suite 500
> Charlotte, NC 28277

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system, and served upon all parties to this action, United States Mail, postage prepaid, and addressed as follows:

Martha Thompson
P.O. Box 995
Gastonia, NC 28053
*Attorney for Defendant City of Gastonia*
*Attorney for Defendant Gaston County*

Jeremy Foster
301 S. McDowell Street
Suite 900
Charlotte, NC 28204
*Attorney for Defendants Gaston County Board of Education, W. Jeffrey Booker, Mark Hollar, Paul Williams, Amy Holbrook, Adair McCay, and Jill Farmer*

Ryan D. Bolick
P.O. Box 30787
Charlotte, NC 28230
*Attorney for Defendant Town of Cramerton*

This is the 3rd day of November 2016.

                                        */s/ Thomas D. Bumgardner*_____
                                        Thomas D. Bumgardner
                                        *Attorney for Plaintiff*
                                        N.C. Bar 38064
                                        Law Office of Thomas D. Bumgardner, PLLC
                                        13850 Ballantyne Corporate Place, Suite 500
                                        Charlotte, NC 28277