**IN THE UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CV-717**

Steven Ray Canipe, as Administrator of the
Estate of Steven Ray Canipe, Jr.

Plaintiff,

v.

Gaston County Board of Education, d/b/a
Gaston County Schools, W. Jeffrey Booker, in
his individual and official capacities, Mark
Hollar, in his individual and official capacities,
Paul Williams, in his individual and official
capacities, Amy J. Holbrook, in her individual
and official capacities, Adair McKay, in her
individual and official capacities, Jill Farmer,
in her individual and official capacities, Town
of Cramerton, a North Carolina Municipal
Corporation, John Doe, in his individual and
official capacity, and Jane Doe, in her
individual and official capacity,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE FOR**
**DEFENDANT TOWN OF CRAMERTON**

NOW COMES Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and

hereby voluntarily dismisses all claims against Defendant Town of Cramerton **without** prejudice.

The parties agree to bear their own costs.

This is the 13th day of December 2016.

*/s/ Thomas D. Bumgardner*_____
Thomas D. Bumgardner
*Attorney for Plaintiff*
N.C. Bar 38064
Law Office of Thomas D. Bumgardner, PLLC
13850 Ballantyne Corporate Place, Suite 500
Charlotte, NC 28277
(704)-887-4981

**WE CONSENT:**

/s/ Ryan D. Bolick_____
Ryan D. Bolick
*Attorney for Defendant Town of Cramerton*
Cranfill Sumner & Hartzog
P.O. Box 30787
Charlotte, North Carolina 28230
(704)-940-3416

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system, and served upon all parties to this action, United States Mail, postage prepaid, and addressed as follows:

Jeremy Foster
301 S. McDowell Street
Suite 900
Charlotte, NC 28204
*Attorney for Defendants Gaston County Board of Education, W. Jeffrey Booker, Mark Hollar, Paul Williams, Amy Holbrook, Adair McCay, and Jill Farmer*

Ryan D. Bolick
P.O. Box 30787
Charlotte, NC 28230
*Attorney for Defendant Town of Cramerton*

This is the 13th day of December 2016.

*/s/ Thomas D. Bumgardner*_____
Thomas D. Bumgardner
*Attorney for Plaintiff*
N.C. Bar 38064
Law Office of Thomas D. Bumgardner, PLLC
13850 Ballantyne Corporate Place, Suite 500
Charlotte, NC 28277
