**IN THE UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CV-717**

| | | |
|---|---|---|
| STEVEN RAY CANIPE, as Administrator the Estate of Steven Ray Canipe, Jr. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| GASTON COUNTY BOARD OF EDUCATION, d/b/a Gaston County Schools, W. JEFFREY BOOKER, in his individual and official capacities, MARK HOLLAR, in his individual and official capacities, PAUL WILLIAMS, in his individual and official capacities, AMY J. HOLBROOK, in her individual and official capacities, ADAIR MCCAY, in her individual and official capacities, JILL FARMER, in her individual and official capacities, CITY OF GASTONIA, a North Carolina Municipal Corporation, TOWN OF CRAMERTON, a North Carolina Municipal Corporation, and GASTON COUNTY, a North Carolina Municipal Corporation, JOHN DOE, in his individual and official capacities, and JANE DOE, in her individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COMES the parties to this action, and pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure, and hereby stipulates as to dismissal of **all claims** in this action against **Defendants**

**Gaston County Board of Education, d/b/a Gaston County Schools, W. Jeffrey Booker,**

**Mark Hollar, Paul Williams, Amy J. Holbrook, Adair McCay, and Jill Farmer with**

**prejudice.**

This is the 24th day of July 2017.

*/s/ Thomas D. Bumgardner*_____
Thomas D. Bumgardner
*Attorney for Plaintiff*
N.C. Bar 38064
Law Office of Thomas D. Bumgardner, PLLC
13850 Ballantyne Corporate Place, Suite 500
Charlotte, NC 28277
Phone:  (704)-887-4981
Fax:  (704)-496-2280
Email:  thomas@ballantynelegal.com

*/s/ Jeremy Foster*_____
Jeremy Foster
301 S. McDowell Street
Suite 900
Charlotte, NC 28204
*Attorney for Defendants Gaston County Board of Education, W. Jeffrey Booker, Mark Hollar, Paul Williams, Amy Holbrook, Adair McCay, and Jill Farmer*

# CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Notice of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, and served upon all parties to this action, United States Mail, postage prepaid, and addressed as follows:

Jeremy Foster
301 S. McDowell Street
Suite 900
Charlotte, NC 28204
*Attorney for Defendants Gaston County Board of Education, W. Jeffrey Booker, Mark Hollar, Paul Williams, Amy Holbrook, Adair McCay, and Jill Farmer*

This is the 17th day of July 2017.

*/s/ Thomas D. Bumgardner*_____
Thomas D. Bumgardner
*Attorney for Plaintiff*
N.C. Bar 38064
Law Office of Thomas D. Bumgardner, PLLC
13850 Ballantyne Corporate Place, Suite 500
Charlotte, NC 28277
Phone: (704)-887-4981
Fax: (704)-496-2280
Email: thomas@ballantynelegal.com